# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | Case No. CR-12-180-C |
| STEVEN ESLICK, | ) ) ) | Violation:<br>18 U.S.C. § 2252A(a)(5)(B) |
| Defendant. | ) | 18 U.S.C. § 2253 |

## INFORMATION

The United States Attorney charges:

On or about July 25, 2011, in the Western District of Oklahoma,

------------------------------------------------ STEVEN ESLICK ----------------------------------

the defendant, knowingly possessed any material, namely, an Apple computer, that contained an image of child pornography, namely the video file "*Gay Pthc Dad Pops his 8Y0 Boys Butt Cherry -preteen pedo gay kiddy incest.avi*," that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE

A.  The allegation contained in Count 1 of this Information is hereby re-alleged and incorporated for the purpose of alleging forfeiture.

B.  Upon conviction of the offense alleged in Count 1 of this Information, defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all property, real and personal, used or intended to be used to commit or to promote the commission of such offense, or any property traceable thereto, including but not limited to:

1.  Apple MacBook Pro laptop computer, Model A1278, bearing serial number C2VFDPEVDH2G;

2.  Apple iPhone, Model A1332, orange case, bearing IC number 579C-E23808; and

3.  WD brand external hard drive, bearing serial number WCAV55443920.

C.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), defendant shall forfeit substitute property, up to the value of the property described in paragraph B, if, by any act or omission of the defendant, the property described in paragraph B, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All pursuant to Title 18, United States Code, Section 2253.

          SANFORD C. COATS
          United States Attorney

*/s/ Brandon T. Hale*

          BRANDON T. HALE
          Assistant U.S. Attorney