# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ✖   Case No. __CR-12-180-C__

Number of Counts __1 + Forfeiture__   Number of Defendants __1__   USAOID No. _____   By: __CLS__

**Information Sealed:** Yes ☐ No ✖   OCDETF: Yes ☐ No ✖   Notice ✖ Summons ☐ Writ ☐ Warrant ☐ to Issue

| DEFENDANT: STEVEN ESLICK | |
|---|---|
| Alias(es): | Address: Edmond, Oklahoma 73003 |
| | Phone: |
| Age&DOB: 24; 1988   SS#: xxx-xx-2669 | Juvenile: Yes ☐ No ✖   Interpreter: Yes ☐ No ✖ |
| SEX: M ✖ F ☐   RACE: White | Language/Dialect: |

**Defendant Status:**

| ✖ Not in Custody | Type of Bond Recommended on this Charge: |
|---|---|
| | OR ☐   Cash ☐   10% ☐   Unsecured ✖   Surety ☐ |
| Bond set at: $         Date:   Current Bond on Other Charge   Federal ☐ State ☐ | Bond in Amount of: $5,000.00 |
| ☐ In Jail at:   Under Prisoner/Register No.: | Detention ☐ |

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. M- | Government Motion to Detain:  Yes ☐   No ☐ |
|---|---|
| Complaint: Yes ☐   No ☐ | Bond Set:                    Date: |

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of: |
|---|---|
| Additional Defendants: Yes ☐   No ☐ | Total Number of defendants: |

**Attorney Information:**

| Defense Counsel: Scott M. Anderson | AUSA: BRANDON HALE | |
|---|---|---|
| Address: 500 N. Walker, Suite B   Oklahoma City, OK 73102 | Phone: 405/553-8813 | Fax: 405/553-8888 |
| Phone: 405-236-2221   Fax: 405-236-2229 | Federal Agent/Agency: | |
| Retained ✖   CJA Panel ☐   Public Defender ☐ | Local Agent/Agency: Misty Leitch/Edmond PD | |

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. | Not more than 10 years' imprisonment, $250,000 fine, or both; 5 years or-up to life-supervised release; $100 special assessment; and restitution. |
| Forfeiture Allegations | 18 U.S.C. § 2253 | Criminal forfeiture. | Forfeiture to the United States any property constituting or derived from proceeds obtained directly or indirectly as the result of violations of 18 U.S.C. § 2252A(a)(5)(B). |

Date: __23 July 12__    Signature of AUSA _____    800/6-97