UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

**NOTICE**

vs

Case Number:   CR-12-180-C

STEVEN ESLICK

_____
Type of Case                    \_CIVIL        XXX\_CRIMINAL
_____

*TAKE NOTICE*
That a proceeding in this case has been scheduled for the place, date and time set forth below:
_____

Place: U.S. Courthouse                                 COURTROOM NO. 501
    200 N. W. 4th Street                          **DATE AND TIME**
    Oklahoma City, Ok.  73102
                                   **Tuesday, August 7, 2012 at 11:00 a.m.**

_____
TYPE OF PROCEEDING
                      Waive & File
_____
TAKE  NOTICE: that the proceeding in this case has been rescheduled as indicated:
_____

Place: U.S. Courthouse                        **Date and Time Previously Scheduled**
     200 N.W. 4th Street
      Oklahoma City, Ok.  73102

_____

                                          ROBIN J. CAUTHRON
                                          U. S. DISTRICT JUDGE

DATE: July 27, 2012                              s/ Linda Goode
                                                BY DEPUTY CLERK

**TAKE NOTICE- defendant and defendant's counsel should be prepared to participate in the initial presentence interview with the U.S. Probation Office <u>immediately after the plea hearing</u>.  The interview ordinarily takes 11/2 to 2 hours.**

AUSA:   Brandon Hale
Dft's Counsel: Scott Anderson

(Not in custody)