# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Case Number: **CR-12-180-C** |
| ) | |
| **STEVEN ESLICK** ) | |
| Defendant ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

SE ( × ) (1)  The defendant must not violate any federal, state or local law while on release.

SE ( × ) (2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. sec 14135a

SE ( × ) (3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change or residence or telephone number.

SE ( × ) (4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                                *Place*
                                          on _____
                                                                *Date and Time*

If blank, defendant will be notified of next appearance.

SE ( × ) (5)  The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
*Custodian*         *Date*

SE ( x ) (7) The defendant must:
SE ( x ) (a) submit to supervision by and report for supervision to: USPO Katie Fye telephone number 405-609-5848, no later than Noon the following business day.
SE ( x ) (b) continue or actively seek employment.
( ) (c) continue or start an education program.
( ) (d) surrender any passport to: the U.S. Probation Office, Western District of Oklahoma no later than noon the following business day.
( ) (e) not obtain a passport or other international travel document.
SE ( x ) (f) abide by the following restrictions on personal association, residence, or travel: Travel restricted to the Western District of Oklahoma unless pre-approved by USPO.
SE ( x ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: A.S. and C.L.
SE ( x ) (h) get medical or psychiatric treatment: as directed by USPO.
( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
SE ( x ) (k) not possess a firearm, destructive device, or other weapon.
SE ( x ) (l) not use alcohol ( ) at all ( x ) excessively.
( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
SE ( x ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
SE ( x ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
SE ( x ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
SE ( x ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
SE ( x ) (s) contribute to the cost of treatment services rendered (co-payment) in an amount to be determined by the pretrial services office or supervising officer, based on the defendant's ability to pay.
( ) (t) _____
( ) (u) _____

**ADDITIONAL CONDITIONS:**                                                                                                           Page 3 of 4 pages

☐ _____
☐ _____
☐ _____
☐ _____
☐ _____
☐ _____

## SEX-OFFENSE SPECIFIC BOND CONDITIONS:

SE ☑ The defendant shall participate in mental health treatment which may include specialized sex offense specific treatment under restricted release of information, as approved by the U. S. Probation Officer, until such time defendant is released from the program.

SE ☑ The defendant shall have no intentional and/or prolonged contact directly or indirectly with any victim or child under the age of eighteen (18) without prior permission of the U. S. Probation Officer, which could require a chaperon aware of the offense and approved by the U. S. Probation Officer.

SE ☑ The defendant may not loiter within 100 feet of schools, playgrounds, swimming pools, arcades, or other places primarily used by children under the age of 18. Any unauthorized contact will be reported to the U. S. Probation Office immediately.

☐ The defendant may not date/associate with persons who have children under the age of 18. Any unauthorized contact will be reported to the U. S. Probation Office immediately.

SE ☑ Any change in address or employment must be pre-approved by the U. S. Probation Office, to avoid proximity to places frequented by children.

SE ☑ The defendant shall not view, purchase, possess, or distribute any form of pornography depicting sexually explicit conduct as defined in 18 U.S.C. 2256(2), unless approved for treatment purposes, or frequent any place where such material is the primary product for sale or entertainment is available.

☐ The defendant shall notify third parties of the pending instant offense, including employers, co-habitants or child chaperons, as deemed as a potential third party risk by the court, namely: _____

## SPECIAL BOND CONDITIONS FOR CYBERCRIMES:

☐ The defendant shall not use or possess a computer.

SE ☑ The defendant shall not use or possess a computer that contains an internal or external modem; except that the defendant may use a computer with a modem in connection with authorized employment with the prior approval of the probation officer.

SE ☑ The defendant shall not subscribe to or use any Internet services or devices that communicate data via modem or dedicated connection, unless pre-approved by the U. S. Probation Office for employment/school purposes. Any existing Internet services subscribed to by the defendant shall be terminated immediately and documentation provided within two weeks.

☐ The defendant shall be required to disclose to his/her employer/school court-ordered restrictions related to the defendant's use of a computer.

SE ☑ The defendant shall provide information regarding on-line accounts, screen names, passwords and other information pertaining to personal computers in the residence.

### To monitor compliance the following conditions are included:

☐ The defendant shall consent to the search of his person, vehicles, office or residence (to include building or structures attached to or located at the residence address) at a reasonable time and manner, based on a reasonable suspicion of evidence of a violation of a condition of release; the defendant shall warn any other residents that the premises may be subject to searches. Failure to permit a search or attempts to circumvent a search may be grounds for revocation.

☐ The defendant shall consent to the U.S. Probation Office conducting periodic unannounced examinations on computer equipment used by the defendant, which may include hardware, software and copying of all data from computer; the defendant shall warn any other significant third parties that the computer(s) may be subject to monitoring. The monitoring will be done according to the supervisory approval. The examination may include assistance of other law enforcement agency.

☐ _____
☐ _____
☐ _____
☐ _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more- you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years- you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony - you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor - you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

### Directions to the United States Marshal

S/s( x )  The defendant is ORDERED released after processing.

(   )  The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Tuesday, August 7, 2012                   _____
Date                                                          *Judicial Officer's Signature*

ROBIN J. CAUTHRON, UNTED STATES DISTRICT JUDGE
_____
*Printed name and title*