# Kishur & Associates

3700 N. Classen, Suite 150, Oklahoma City, OK 73118
Phone (405) 605-2176    Fax (405) 605-2153

Richard Kishur, Ph.D., LPC                                    Gina Kishur, M.Ed., LPC

## PSYCHOSEXUAL EVALUATION REPORT

Name:                    Steven Eslick

Evaluation Date:         May 21, 2012 through June 20, 2012

Report Date:             July 24, 2012

Evaluation Site:         Kishur & Associates
                         3700 N. Classen, Suite 150
                         Oklahoma City, OK 73118-2000

Evaluator:               Richard Kishur, Ph.D., LPC


**Disclosure of Confidential and Sensitive Information:**

This report contains very personal and sensitive information. Care should be taken when reviewing this material to ensure the privacy of the client. This material should not be discussed with any person who is not authorized by Mr. Eslick to receive the information. No re-disclosure or re-release of this information is permitted.

This report is primarily intended to assist clinicians, specifically those trained in sexual behavior management, in their clinical work. It is also intended to provide information regarding risk for offending and/or amenability to treatment to knowledgeable individuals. The contents of this report are highly susceptible to misunderstanding and misuse by persons who are not specifically trained in psychosexual assessment.

If this report is to be used by any person as a part of another report, it is to be used in its entirety. No part of this report may be quoted out of the context of the entire report.


**Notice Regarding the Limitations of this Study:**

This psychosexual evaluation relied upon direct information from the subject and collateral information provided by the subject and other sources. The validity of the information provided has not been established; therefore, the accuracy of this report is limited to the accuracy of the information provided.

**Eslick Evaluation**
Page 2

The clinical opinions and recommendations are based on our training and experience and are made with a reasonable degree of scientific certainty. If additional information is provided, subsequent to this report, we may reach different opinions. Given this and other limitations of the evaluation protocol, we are unable to determine an individual's past behavior or to predict an individual's future behavior with absolute certainty.

**Referral Information:**

Mr. Eslick was referred by his attorney to participate in a comprehensive psychosexual evaluation. He was initially seen on May 21, 2012. At that time the content and process of the evaluation were explained and he stated that he was willing to participate. He signed the Evaluation Disclosure and Consent form, and began testing that day. Mr. Eslick was also seen on June 12, 2012 to complete testing. Data analysis was completed on June 20, 2012.

**Subject's Presentation of the Current Situation:**

When asked to provide a detailed description of the situation that brought Mr. Eslick to the evaluation, he said he was expected to be charged with possession of child pornography.

Mr. Eslick explained that he is homosexual, and grew up in a very sheltered, small-town environment where homosexuality was not accepted or discussed. He said he started to question his sexual orientation at about the age of 11 or 12 years, and by the eighth grade, he knew for sure. He said he began to occasionally download photographs of boys his own age during high school. While he was at college, he had his own laptop and began to download photographs more regularly. Mr. Eslick explained that he wanted to look at photographs of boys his own age, and was not interested in "old men" or "children." He said he occasionally got photographs of younger boys unintentionally.

Mr. Eslick reported that in March of 2012, he purchased a new computer, and rather than download all of his data onto the new computer, he downloaded it to an external hard drive. He said there was approximately 5-years worth of data that he had not deleted, including the photographs he had previously downloaded. He said he was unaware that when he had the external hard drive plugged into his new computer, people could access that hard drive via a peer-to-peer network.

Mr. Eslick thought that he had approximately 20 or more photos of adult males, 15 to 16 images of male teenagers including some video, and 4 or 5 pictures of young males. He said he thought one of those images involved a young male and an adult. Mr. Eslick said he knew it was illegal to have images of young males, but also said he was very naïve and did not believe he would be caught with the images.

Eslick Evaluation
Page 3

**Forensic Issues to Be Addressed:**

Mr. Eslick indicated that was referred for evaluation because he may be charged with a crime in the future.

**Assessment Instruments:**

The following assessment protocol was administered to Mr. Eslick:

1. Clinical Interview
2. Mental Status Examination
3. Psychosexual History – Adult Male Form
4. Minnesota Multiphasic Personality Inventory, Second Edition, Restructured Form (MMPI-2-RF)
5. Multiphasic Sex Inventory, Second Edition (MSI-II)
6. Sexual Interest Assessment (Abel Assessment for Sexual Interest)
7. Risk Assessment

**Pertinent Social History:**

Mr. Eslick reported that he grew up in an intact family in Bristow, Oklahoma. He reported no history of domestic violence in his family of origin. He reported no family history of substance abuse, criminal behavior, or mental illness. He indicated that his parents were affectionate with each other, and seldom argued.

He reported no history of emotional or physical abuse in his family of origin. He was not neglected as a child. He felt loved and supported by his parents and felt that they provided a good home for him. He reported no history of being homeless or living on the street.

Mr. Eslick reported no significant severe childhood illnesses or developmental problems. He reported that he did not experience any significant traumatic events as a child.

He started school at 4 years of age. He reported receiving "perfect" grades in elementary school. He did not take any special education classes, and he was not held back in elementary school. In middle school, he was involved in school activities such as Student Council. He reported that he continued to receive "perfect" grades. He did not skip classes and did not get into trouble. He was never expelled or suspended from middle school. He reported that he excelled in Math and Science. Mr. Eslick reported that he received A's in high school. He indicated that he studied and completed his homework as required.

Eslick Evaluation
Page 4

Mr. Eslick was never expelled or suspended from high school. He reported that he graduated from high school in 2006.

He reported that in addition to his high school diploma, he has attended classes at Oklahoma State University in Stillwater, Oklahoma. He indicated that he has completed approximately 105 credit hours in Vocal Music Education.

Mr. Eslick reported his occupation as Banker. He said he is currently employed as an Assistant Manager at a local bank. He reported that he has also held several short term jobs in retail and music related church positions. He believes that he is a good employee because he "works hard to meet goals and succeed." He reported that he has never been fired from a job. He has not served in the United States armed forces.

Mr. Eslick stated that he first used alcohol at the age of 18 years. He reported that he began to use alcohol frequently at 21 years of age. He indicated his current alcohol use was about 3 or 4 times per week. Mr. Eslick does not feel that he has a problem with alcohol use. He has never been involved in any form of alcohol treatment or counseling.

Mr. Eslick acknowledged that he experimented with marijuana use at 18 years of age. He denied ever using any other street drug. He reported that he does not have a problem with drug use. He has never been involved in any type of substance abuse treatment.

In his sexual history, Mr. Eslick reported that he was never sexually abused as a child, either inside or outside his family of origin. He did report some childhood physical exploration and childhood sexual curiosity. He had an awareness of his sexual development and maturity at the age of 11 years. When asked about early sexual fantasy material he reported thinking of receiving oral sex.

He reported that he has never had sexual feelings for girls. He indicated that he had female friends while in high school. He did experiment with some heterosexual touching. He reported that, as an adolescent, he had feelings that he thought were sexually different from others his own age. He reported that he was always told that homosexuality was bad, and he always knew he was different. He reported that he was teased and ridiculed while in high school and was called "gay" and "fag."

Mr. Eslick reported that he first began to recognize that he had strong feelings for males when he entered college. He reported that he began to experiment with homosexual sexual activity. He reports that he is now comfortable with his sexual orientation and enjoys sexual activity. He indicated that his family is aware of his sexual orientation and they continue to be loving and supportive.

**Eslick Evaluation**
Page 5

Mr. Eslick believes that he is a good sex partner. He reported that he feels that his sex drive is about average. He reported that he has never used the services of a prostitute. He acknowledged that he has used movies/videos for sexual stimulation. He acknowledged that he has explored Internet pornography sites. He reported that he has viewed and downloaded pictures of males via peer-to-peer network since he was in high school.

He acknowledged that he has engaged in sexual talk via iPhone. He also acknowledged that he has sent naked pictures of himself to others via iPhone. He stated that he has never arranged to meet someone in person via a chat room interaction. Mr. Eslick denied that he has ever engaged in any other atypical or inappropriate sexual behavior. Mr. Eslick denied having any sexual problems.

Mr. Eslick reported that he has never been married. He has never lived with another person in an intimate relationship. He reports that he is currently involved in a relationship. He reported that his partner is 21 years of age. Mr. Eslick has not fathered any children.

There is no report of any criminal history as a juvenile. There is no report of a Conduct Disorder or Oppositional Defiant Disorder as an adolescent. As an adult, Mr. Eslick indicated that he has never been charged with a crime.

Mr. Eslick denied any history of mental health intervention, counseling, or treatment.

**Results:**

**Mental Status.** Mr. Eslick is a 24-year-old Caucasian male. He reported that he is 6' tall and weighs approximately 160 pounds. He has green eyes and short red hair. He arrived promptly for his initial appointment. He was appropriately groomed and neatly dressed in casual clothing. He was dressed in an age appropriate manner.

His manner during the interviews was cooperative. He spoke in a normal voice and maintained adequate eye contact. No unusual physical movements were noted. His walk and gait were normal. Mr. Eslick responded appropriately to simple directions. No deficits of speech were observed. His level of consciousness during the sessions was unimpaired. He was not under the influence of alcohol or other drugs. He was oriented to time, place, person, and situation. There was no evidence of hallucinations or delusions.

No deficits were observed in his attention span, and his concentration was unimpaired. There was no long-term or short-term memory impairment. Mr. Eslick's current intellectual level appeared to be above average. His abstract thinking ability was intact. His affective expression was appropriate to his verbal content. No current self-destructive behavior patterns were identified.

Eslick Evaluation
Page 6

**Minnesota Multiphasic Personality Inventory, Second Edition, Restructured Form (MMPI-2-RF).** The MMPI-2-RF is a widely used well-established measure of personality characteristics. This instrument is designed to identify a subject's characteristics affected by personal and social adjustment. The items on the instrument are answered true or false by the subject as the items pertain to the subject. Deviations from the normed responses are interpreted to be maladaptive or abnormal depending on the degree of variation. Significant variation from the "normal" populations suggests the presence of a clinical problem.

Mr. Eslick produced a valid MMPI-2-RF profile. There were no problems with unscorable items. He responded relevantly to the items on the basis of their content. There were no indications of over-reporting on this protocol.

The MMPI-2-RF results revealed no indications of Somatic or Cognitive dysfunction. Mr. Eslick does appear to be somewhat worry prone and may engage in obsessive rumination. He is likely to be stress reactive.

Mr. Eslick reported significant past and current substance abuse. He may have a history of problematic use of alcohol and/or drugs. He may tend to be sensation seeking.

**Multiphasic Sex Inventory, Second Edition (MSI-II).** This instrument is a self-report questionnaire designed to assess the wide range of psychological and emotional characteristics of the subject. It compares responses of the individual to known groups of sexual offenders. This can provide important information relative to the nature of the offense and the individual characteristics of the sexual offender. It can also aid in the treatment process to determine the degree of openness or denial in the subject.

This particular instrument cannot be used to determine risk for future offending, but his particular pattern of responses assists, to some degree, in determining the confidence one might place in a subject's self-statements regarding his actual intent and behavior with regard to sexually deviant activities.

Mr. Eslick's test taking behavior and item response set were interpreted by using both his level of openness and disclosure as well as the specific resulting profile. Several validity and reliability measures have been developed within this instrument to measure tendencies to randomize responses, omit responses, and respond in the "all false" pattern utilized to dissemble the results.

It was noted that Mr. Eslick did not omit any essential items indicating that he showed good effort and concentration in taking the lengthy MSI-II.

**Eslick Evaluation**
**Page 7**

He scored in the acceptable range on the internal/external check points which suggests he was careful and followed directions well. His responses were consistent to repeated and parallel items contained within the assessment. Overall, he produced valid results.

Mr. Eslick is a 24 year old adult male. He reports that he is in good health. His report of his early family history indicates that it was generally unremarkable. He does not report that he was the victim of emotional, physical or sexual abuse as a child. The Sex Knowledge and Beliefs Scale of the MSI-II is positively correlated with IQ in relevant research, and it appears that Mr. Eslick has at least average intelligence. Educational information indicates that he has earned a high school diploma. Marital information indicates that he has never been married.

A general assessment of sexuality was undertaken, and the results show that Mr. Eslick has quite adequate knowledge of sexual anatomy and physiology. He indicated that he has been sexual with both males and females. He presents himself as having basic libido urges and drives, non-impaired erectile functioning, and adequate sexual performance. There is no gender identity confusion.

He does not report paraphilia interests or behaviors involving apparel, bondage/discipline, inflicting sexual humiliation or pain on others, sexual masochism, or any other fetishes.

Sexual deviance measures have been constructed, and Mr. Eslick's scores on these measures have been compared to the scoring levels of nationally standardized samples of adult male sexual offenders. The results show that: 1) he is disclosing of having been sexually aroused by images of children, 2) he is disclosing of having been in possession of child pornography, 3) he is disclosing of having had fantasies involving sex play with a child/minor, 4) he is disclosing of having used the internet to interact with a minor for sex, and 5) he is disclosing of having exposed to a child/minor.

The Scheming Scale assesses a subject's recognition of his use of planning strategies which would minimize the risk of getting caught engaging in inappropriate sexual activity. It was found that Mr. Eslick does not acknowledge the planning strategies he used to set up his behavior. The Superoptimism Scale assesses a subject's recognition of the anticipation and excitement involved in his offense behaviors. It was found that Mr. Eslick does not acknowledge or recognize the pleasure and excitement leading up to acting out his offense behavior.

Overall, Mr. Eslick produced valid and reliable MSI-II results. He is disclosing of having had sexual deviant problems involving exposing, on-line solicitation of a minor, and deviant arousal to child pornography. He is currently unable to acknowledge the extent of all behaviors which precede his acting-out.

Eslick Evaluation
Page 8

Admitting to and understanding the extent and importance of these precursor behaviors is critical to learning to control deviant sexual behavior. It was found that Mr. Eslick has numerous irrational explanations for his behavior that keep him from being able to take full responsibility for his actions. This is not uncommon for untreated sex offenders.

Mr. Eslick does not believe he needs specialized treatment to control his sexual impulses and behaviors.

**Sexual Interest Screening.** The Abel Assessment for Sexual Interest was used to gather data related to Mr. Eslick's sexual interest pattern. This assessment is conducted in two parts involving the Able Questionnaire and the Visual Sexual Interest Assessment.

The Able Questionnaire gathers self-report information regarding history of participation in any of 21 atypical sexual behaviors assessed by the instrument. The Abel Questionnaire results were first reviewed for validity.

Mr. Eslick's Social Desirability Scale score of 90% (range 0% to 100%) indicates that he was not willing to acknowledge common human faults and difficulties such as impatience or feelings of anger. He appeared to be attempting to represent himself in an unrealistically positive manner on this assessment instrument. This approach suggests that there may be more to know about Mr. Eslick's sexual behavior history and sexual interests than he is willing to disclose at this time.

The Abel Questionnaire gathers self-report information regarding history of participation in any of 21 atypical sexual behaviors assessed by the instrument. On Mr. Eslick's self-report of sexual behavior on the Abel Questionnaire, he acknowledged that he has engaged in the following atypical sexual behaviors:

**Child Internet Contact,** beginning at age 21 and ending at age 22, on 1 reported occasion. He reported that he communicated with male children and teens 17 years of age or younger via texting. He indicated that he has arranged to meet in person teenage boys 14 to 17 years of age. He indicated that of all his current sexual fantasies, none involve thoughts of communicating with or attempting to meet up with children or teenagers 17 years of age or younger for sexual gratification. He reported that he has complete or nearly complete control over this behavior.

**Child Pornography Use,** beginning at age 15 and ending at age 22, on 20 separate occasions. He reported this behavior last occurred 3 years ago. The types of content viewed included teenage boys 14 to 17 years of age. He indicated that of all his current sexual fantasies, none involve thoughts of using child pornography for sexual gratification. He reported that he has complete or nearly complete control over this behavior.

**Adult Internet Pornography Use,** beginning at age 17 and ending at age 23. He reported using the internet to view or download sexual materials at the rate of about 2 hours per week. He reported viewing materials that included images of adult males. Mr. Eslick reported that he did not use the internet for sexually explicit chat or to exchange sexual emails. He arranged to meet adult males 18 years of age or older via the internet. He indicated that of all his current sexual fantasies, a few involve thoughts of viewing adult pornography. He reported that he has complete or nearly complete control over this behavior.

**Sex with Strangers,** beginning at age 18 and ending at age 21, with 6 reported adult males on 6 separate occasions. He indicated that this behavior occurred by the mutual consent of each party. He reported sexual contact with adult males 18 years of age or older. He indicated that of all his current sexual fantasies, none involve thoughts of engaging sexually with strangers. He reports complete or nearly complete control over this behavior.

The Abel Questionnaire includes a Cognitive Distortion scale that measures the degree to which a subject endorses potential justifications used by clients who are sexually involved with children. A higher score suggests a greater use of such cognitive distortions. Mr. Eslick scored 12% on this scale (range 0% to 100%), which places him in the low range of responses. He appears to share few of the same thinking errors or cognitive distortions with clients who are sexually involved with children.

The Visual Sexual Interest Assessment is an objective measure of sexual interest taken outside the awareness of the subject. Mr. Eslick was presented with non-nude, non-pornographic slides representing categories of potential sexual interest. Sexual interest in preschool, grade school, adolescent, and adult males and females was measured.

Mr. Eslick showed significant sexual interest in adult males only. There was no interest in preschool age, grammar school age, or adolescent male or female children. There was no significant interest in adult females.

Mr. Eslick's sexual interest pattern was interpreted as non-deviant.


**Diagnostic Impressions:**

Paraphilia, NOS (Child Pornography use) (reported in remission)

Paraphilia, NOS (Internet Pornography use)

**Summary and Recommendations.**

The information and data collected in this evaluation would appear to support the following conclusions:

1. Mr. Eslick tended to be open and cooperative during the interviews and on testing. He approached the sexual behavior history and sexual interest specific testing in a defensive manner. This defensive approach reduced the overall validity of the evaluation.

2. He presents with no reported history of mental health problems. Testing did not reveal the presence of any current mental dysfunction. There is no diagnosable personality disorder. There is no indication of a current substance abuse disorder.

3. Mr. Eslick acknowledges that he downloaded child pornography. He reported that he was naïve and thought that no one would ever find out that he was viewing this material.

4. He has no history of criminal behavior. He did not display any sociopathic or psychopathic characteristics.

5. Mr. Eslick does not have a deviant sexual interest pattern. He is specifically sexually attracted to adult males. His sexual interest pattern was determined to be normal for a homosexual male.

6. Sexual offender specific treatment would be appropriate in this case. Mr. Eslick is in need of treatment to address his interest in child pornography. Although he reports that his behavior is in remission, it is important that he gain an understanding of his sexual decision making and the process he used to rationalize engaging in behavior that he knew was wrong and illegal.

Richard Kishur, Ph.D.
Licensed Professional Counselor, # 1278
Diplomate in Forensic Counseling
Board Certified Counselor