IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-12-180-C |
| ) | |
| STEVEN M. ESLICK, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING UNOPPOSED MOTION TO
TEMPORARILY MODIFY CONDITIONS OF SUPERVISION**

For good cause shown, and without objection, it is hereby ORDERED that Mr. Eslick's conditions of supervision are hereby temporarily modified to allow him to travel to Bristow, Oklahoma to spend the Christmas holiday with his parents. Mr. Eslick is permitted to travel to Bristow, Oklahoma during the Christmas holiday. All remaining conditions will still be in force and effect during that time, and upon Mr. Eslick's return.

IT IS SO ORDERED this 27th day of December, 2012.

_____
ROBIN J. CAUTHRON
United States District Judge