# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| -vs- | )   Case No. CR-12-180-C |
| | ) |
| **STEVEN ESLICK,** | ) |
| | ) |
| **Defendant.** | ) |

## SEALING ORDER

NOW on this 2nd day of January, 2013, the above-styled and numbered cause comes before this Court upon the Application (Doc. No. 23) of Sanford C. Coats, United States Attorney for the Western District of Oklahoma, and Brandon Hale, Assistant United States Attorney, that the Response to Defendant's Sentencing Memorandum in the above-numbered cause be filed under seal in this Court pursuant to an Order under Local Criminal Rule 12.3.

WHEREUPON, the Court, being fully advised in the premises, finds that said Application is meritorious and should be granted.

IT IS THEREFORE ORDERED that the Response to Defendant's Sentencing Memorandum in the above-captioned case be filed in the Office of the Clerk of this Court

under seal, so as not to become matters of public record in this Court, until further order of the Court.

_____
ROBIN J. CAUTHRON
United States District Judge

APPROVED AS TO FORM:

SANFORD C. COATS
United States Attorney

*s/Brandon Hale*
Assistant U.S. Attorney
Bar Number: 19819
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8813 (Office)
(405) 553-8888 (Fax)
Brandon.Hale@usdoj.gov