# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CR-12-180-C |
| | ) | |
| STEVEN M. ESLICK, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF SUPERVISION

Comes now the Defendant, Steven Eslick, and without opposition, asks that this Court temporarily modify the conditions of supervision with the United States Probation Office, permitting Mr. Eslick to travel on weekends for the purpose of relocating his belongings to his families residence.

Counsel has spoken to Assistant United States Attorney, Mr. Brandon Hale , who has stated no objection to this request . Counsel has also spoken to Mr. Elicks probation officer Katherine Fye, who has no objection to this request. Mr. Eslick understands that he will continue to be under all conditions of supervision at his families residence.

Respectfully submitted,

/s/ Scott M. Anderson
SCOTT M. ANDERSON OBA#19036
500 North Walker, Suite B
Oklahoma City, OK 73102
Telephone:     (405) 236-2221
Facsimile:       (405) 236-2229
ATTORNEY FOR DEFENDANT
STEVEN M. ESLICK

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2013, the above and foregoing document was delivered via ECF filing to the following:

Brandon Hale, Esq.
Assistant United States Attorney
210 W. Park Ave, Suite 400
Oklahoma City, Oklahoma 73102

Katherine Fye
United States Probation and Parole
215 Dean A. McGee
Oklahoma City, OK 73102

                      /s/ Scott M. Anderson
                      SCOTT M. ANDERSON