# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No.  CR-12-180-C |
| ) | |
| STEVEN ESLICK, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON PETITION FOR WARRANT OR SUMMONS
## FOR OFFENDER UNDER SUPERVISION

Before the Court is a Petition for Warrant or Summons for Offender Under Supervision filed on November 6, 2017 (Doc. 35), alleging that the defendant violated the terms of his Supervised Release in several respects. On December 19, 2017, a hearing on the Petition was held, at which the defendant was present in person and with counsel, Scott M. Anderson. After being advised of the nature of the allegations and the potential range of punishment, the defendant stipulated to the allegations in the Petition.

Having considered the allegations in the Petition, statements by the defendant and counsel, the Court hereby ORDERS as follows:

1. The Court finds that the defendant violated the terms of supervised release as alleged in the Petition (Doc. 35).

2. The Court continues the hearing on final disposition on the Petition to June 19, 2018. Between now and then, all conditions of supervised release previously imposed continue to remain in force and effect.

3. In the event of any new violations of supervised release by the defendant, the United States Probation Office shall immediately notify the Court. The Court may, in its discretion, set this matter for final disposition prior to the scheduled date.

DATED this 20th day of December, 2017.

ROBIN J. CAUTHRON
United States District Judge