Prob 12C (10/99)                                                         ESLICK, Steven
                                                                         1087 5:12CR00180-001-C

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Eslick                         Case Number: CR-12-180-1-C

Name of Judicial Officer: The Honorable Robin J. Cauthron

Date of Original Sentence: January 3, 2013

Original Offense: Possession of Child Pornography; 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence: 57 months custody; 5 years supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: November 1, 2017

Previous Court Action: N/A

Asst. U.S. Attorney:  Brandon T. Hale               Defense Attorney:  Scott Anderson

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To amend the petition filed on November 6, 2017

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition:**  The defendant shall not commit another federal, state or local crime.<br><br>On June 6, 2018, at approximately 2:30 am, Steven Eslick violated this condition of supervised release when he operated a motor vehicle under the influence of intoxicating beverages and with a suspended driver's license, as evidenced by his arrest by a deputy of the Logan County Sheriff's Office, and subsequent filing of misdemeanor charges in Logan County District Court, case no. CM-2018-360. Records indicate that he was released on a $2,000.00 bond and his case is on the |

Prob 12C (10/99)                                                                                              ESLICK, Steven
                                                                                                1087 5:12CR00180-001-C

misdemeanor docket of August 9, 2018.

**2**      <u>**Violation of Mandatory Condition**</u>**:  The defendant shall not commit another federal, state or local crime.**

On March 30, 2018, Steven Eslick violated this condition of supervised release when he operated a motor vehicle at 15 miles per hour over the posted speed limit in Oklahoma County, as evidenced by his traffic stop by a trooper of the Oklahoma Highway Patrol, and subsequent ticket in Oklahoma County District Court, case no. TR-2018-4519.  Furthermore, Steven Eslick failed to appear in court on May 18, 2018, and a bench warrant was issued for his arrest, and his driver's license was suspended.  On June 6, 2018, Steven Eslick pled nolo contendere and paid a $264.00 fine.

**3**      <u>**Violation of Special Conditions of Supervision**</u>**:  The defendant shall not view, purchase, possess, or distribute any form of pornography depicting sexually explicit conduct, as defined in 18 U.S.C. 2256(2), unless approved for treatment purposes, or frequent any place where such material is the primary product for sale or entertainment is available.**

<u>**Violation of Special Conditions of Supervision**</u>**:  The defendant all not use a computer to access any on-line computer service at any location (including employment) for the purpose of viewing, obtaining, or transmitting child pornography or other sexually explicit material.  The defendant shall not access internet chat rooms for the purpose of obtaining child pornography or enticing children under the age of 18 to engage in sexually explicit activity.**

Between March 5 and 29, 2018, Steven Eslick violated these conditions of supervised release when he possessed 18 sexually explicit digital photographs of himself, which were discovered on his cell phone through computer monitoring software.  Furthermore, on May 31, 2018, Steven Eslick admitted to U.S. Probation Officer Brien Detamore and Senior U.S. Probation Officer Aric Holloway that he had taken sexually explicit photographs of himself.

Additionally, between March 16 and 31, 2018, Steven Eslick violated these conditions of supervised release when he possessed ten sexually explicit videos which were discovered on his cell phone during a phone search conducted on May 29, 2018.  Furthermore, on May 31, 2018, Steven Eslick admitted to U.S. Probation Officer Brien Detamore and Senior U.S. Probation Officer Aric Holloway that these videos were from an application called Scruff, which he no longer had on his phone.

Prob 12C (10/99)                                                                                      ESLICK, Steven
                                                                                                      1087 5:12CR00180-001-C

**4**         **Violation of Special Conditions of Supervision**:  The defendant shall submit to a sex offender mental health assessment and program of sex offender mental health, as directed by the U.S. Probation Officer, until such time as the defendant is released from the program by the probation officer.  This assessment and treatment may include a polygraph to assist in planning and case monitoring.  The defendant may be required to contribute to the cost of services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.  Any refusal to submit to such assessment or tests as scheduled is a violation of the conditions of supervision.

              As previously alleged in the petition filed on November 6, 2017, and stipulated to at the revocation hearing held on December 19, 2017, on September 29, 2017, Steven Eslick violated this condition of supervised release when he used countermeasures to intentionally manipulate the polygraph examination.  Furthermore, on October 4, 2017, he admitted to U.S. Probation Officer Brien Detamore, Senior U.S. Probation Officer Aric Holloway, and Supervisory U.S. Probation Officer Loraine Liggins that he used countermeasures that he learned in prison in an effort to beat the polygraph examination because he had viewed naked images of a 17 year old male on his friend's cellular phone.

**5**         **Violation of Special Conditions of Supervision**:  The defendant shall not view, purchase, possess, or distribute any form of pornography depicting sexually explicit conduct, as defined in 18 U.S.C. 2256(2), unless approved for treatment purposes, or frequent any place where such material is the primary product for sale or entertainment is available.

              **Violation of Special Conditions of Supervision**:  The defendant all not use a computer to access any on-line computer service at any location (including employment) for the purpose of viewing, obtaining, or transmitting child pornography or other sexually explicit material.  The defendant shall not access internet chat rooms for the purpose of obtaining child pornography or enticing children under the age of 18 to engage in sexually explicit activity.

              **Violation of Special Conditions of Supervision**:  The defendant shall not possess or use a computer with access to any on-line computer service at any location (including place of employment) without the prior written approval of the probation officer.  This includes any Internet Service provider, bulletin board system, or any other public or private network or e-mail system.

              As previously alleged in the petition filed on November 6, 2017, and stipulated to at the revocation hearing held on December 19, 2017, on a date or dates between March 24, 2017 and October 16, 2017, Steven Eslick violated these conditions of supervised release, as evidenced by his admission to U.S. Probation Officer Brien Detamore and Senior U.S. Probation Officer Brock Johns on October 16, 2017.  Furthermore, Steven Eslick admitted that since his release, he has viewed up to two

Prob 12C (10/99)  ESLICK, Steven
 1087 5:12CR00180-001-C

    dozen pictures of naked men, some who could have been under the age of 18, on his friend's cellular phone; that he has viewed adult pornography via the internet with a friend; and that he has utilized his friend's cellular phone to access sites on the internet such as Tender and Grinder, and chatted with people on these sites. Additionally, Mr. Eslick admitted to sending pictures of his penis to a friend from college.

U.S. Probation Officer Recommendation:

[X]    The term of supervision should be revoked.
[ ]    Extended for years, for a total term of years.
[ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2018

_____
Brien M. Detamore
U.S. Probation Officer

Reviewed by,

_____
Sean Bernhard
Supervisory U. S. Probation Officer

Date: July 16, 2018

Prob 12C (10/99)                                                                                          ESLICK, Steven
                                                                                                          1087 5:12CR00180-001-C

THE COURT ORDERS
[ ]   No action
[ x]  The acceptance of the amended petition
[ ]   Other

    **DATED** this 17th day of July, 2018.

                                                                     ROBIN J. CAUTHRON
                                                                    United States District Judge